# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ACI WORLDWIDE CORP., f/k/a ACI WORLDWIDE, INC., f/k/a APPLIED COMMUNICATIONS, INC., a Nebraska corporation,<br><br>**Plaintiff**<br><br>v.<br><br>CITICORP INTERNATIONAL TECHNOLOGY, INC., a Delaware corporation, and CITICORP CREDIT SERVICES, INC., a Delaware corporation,<br><br>**Defendants.** | **8:09-cv-57**<br><br>**PROTECTIVE ORDER** |

Pursuant to the parties' Joint Stipulated Protective Order (Filing No. 39), the disclosure of trade secrets, confidential research, or sensitive commercial, financial, process, marketing or business information, or other confidential information should not be released into the public domain, but rather should be treated as confidential pursuant to the privacy interests of the parties, and the parties should respect and recognize the privacy interests of each other by the avoidance of any release of the confidential information, documents, or things that are produced in this action.

IT IS THEREFORE ORDERED that the terms and conditions of the parties' Joint Stipulated Protective Order shall govern the production and handling of documents, electronically stored information (ESI) and things, answers to interrogatories,

depositions, pleadings, exhibits and other information exchanged by the parties, or received from non-parties, in this action.

DATED September 16, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge