# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ACI WORLDWIDE CORP., f/k/a ACI WORLDWIDE, INC., f/k/a APPLIED COMMUNICATIONS, INC., a Nebraska Corporation, | ) ) ) ) ) | CASE NO. 8:09CV57 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER AND FINAL JUDGMENT |
| CITICORP INTERNATIONAL TECHNOLOGY, INC., a Delaware Corporation, CITICORP CREDIT SERVICES, INC., a Delaware corporation, and CITIGROUP TECHNOLOGY, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' joint stipulation for dismissal (Filing No. 59). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Each party will bear its own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal without Prejudice (Filing No. 59) is approved;

2. All claims asserted by Plaintiff ACI Worldwide Corp., f/k/a Worldwide, Inc., f/k/a Applied Communications, Inc., against Citicorp International Technology, Inc., Citicorp Credit Services, Inc., and Citigroup Technology, Inc., are dismissed with prejudice; and

3. Each party will pay its own costs and attorney fees.

DATED this 15th day of December, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge